UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED OCT -7 2008

William L. Garrett, Jr.     WV a DOC # 14899

Rm. 138 - Pinehall, One Mountainside Way, Mt. Olive, WVa.

Date: 5 OCT 08

(Enter above the full name of the plaintiff    (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**     CIVIL ACTION NO. 2:08-1150
                                        (Number to be assigned by Court)

Denver Russell, in his Individual & Official Capacity

Mark Crawford, in his Individual & Official Capacity - Acting Librarian, Law Librarian

Paul Lyttle, Associate Warden Programs; Official, & Individual Capacity

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.    **Previous Lawsuits**

     A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

               Yes _____      No __X__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: None

   Defendants: None

2. Court (if federal court, name the district; if state court, name the county);

   N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned:

   N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

2

II. **Place of Present Confinement:** Rm. 138 - Pine Hall, One Mountainside Way Mt. Olive, WV 25185

    A. Is there a prisoner grievance procedure in this institution?

        Yes _X_      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _X_      No ____

    C. If you answer is YES:

        1. What steps did you take? I filed the Grievance to the lower Staff, i.e. Unit Manager's

        2. What was the result? Denied appealed to the Warden, result Denied, then I filed to the Commissioner. He Avoided Answering.

    D. If your answer is NO, explain why not: ____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: William L. Garrett, Jr.
       Address: Rm. 138 - Pine Hall, WV's DOC #14899; One Mountainside Way, Mt. Olive, WV 25185

    B. Additional Plaintiff(s) and Address(es): ____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: **Denver Russell, In his Individual & Official Capacity**
is employed as: **Fire/SAFETY & Sanitation Inspector**
at **Mt. Olive Correctional Complex**

D. Additional defendants: **Paul Lyttle, Associate Warden Programs; Individual & Official Capacity; Mark Crawford Acting Librarian, Law Librarian, Without a license to Practice law & Without Skills Of Legal Methods I (Analysis, Research and Writing) No Knowledge Of Professional Responsibility**

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have tryed not to sue the defendants for years, I have no wishes to sue until I'm free, It was a long time befor I realized I was a victim of False Imprisonment/Kidnapping.

Janet Payne

D. Additional Defendants Janet Payne, Unit Manager, @ Pine Hall. (2) John C. Young, Institutional Bailiff, (3) Brine Greenwood, Institutional Magistrate, (4) Mr. Bostic, Correctional Counselor, (5) Mr. Mike Sawyer, Correctional Counselor, (6) Mr. Paul Parry, Associate Warden Security, (7) CCO Major Robert Rhodes, (8) David Ballard, Warden, (9) Larry Pottery, Program Manager, (10) Kathy Dillion, Paralegal

(4a)

IV. Statement of Claim (continued):

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

appoint Counsel, Set me free Immediately if not sooner, order Compensation since approx. June 30, 1993 for False Imprisonment

5

**V.     Relief (continued)):**

_____
_____
_____
_____
_____
_____


**VII.    Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        N/A

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _X_     No ___

If so, state the name(s) and address(es) of each lawyer contacted: ABA State by State Director of Pro Bono Attorneys; Legal Aid Society of Charleston 922 Quarrier Street, Ste. 500 Charleston, WV 25301-2620

If not, state your reasons: They lied to me, they see me as a prisoner, rather then a Victim of False Imprisonment.

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes ___     No _X_

If so, state the lawyer's name and address:

_____

_____

Signed this __5__ day of __October__, 20_08_.

*William L. Garrett, Jr.*

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct. *& a willingness to take and pass Polygraph*

Executed on __5 OCT 08__.
           (Date)

*William L. Garrett, Jr.*
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7